**UNITED STATES of America, Plaintiff–Appellee**

v.

**Manuel Patrick CAMARILLO, also known as Sick, Defendant–Appellant**

**No. 15–3876**

United States Court of Appeals, Eighth Circuit.

Submitted: July 22, 2016

Filed: August 5, 2016

Denis Dean, Aaron L. Jennen, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Arkansas, Fort Smith, AR, for Plaintiff–Appellee.

Manuel Patrick Camarillo, Yazoo City, MS, Pro Se.

Before LOKEN, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

Manuel Camarillo directly appeals after he pleaded guilty to drug and gun charges, and the district court[1] sentenced him to a within-Guidelines-range prison term for the drug offenses, and a statutory-minimum consecutive prison term for the gun offense. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

We conclude that Camarillo's guilty plea was knowing and voluntary, see Nguyen v. United States, 114 F.3d 699, 703 (8th Cir. 1997), and that the district court committed no sentencing error, see United States v. David, 682 F.3d 1074, 1076–77 (8th Cir. 2012). In addition, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

1. The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.